## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  **ALAN WARREN JACOBS**                                              Case No.: 15-11363
         Debtor

                                                                           CHAPTER 13

                                                                           Section "**A**"

## MOTION TO DISMISS WITHOUT PREJUDICE

**NOW BEFORE THE COURT**, through undersigned counsel, comes Alan Warren Jacobs, Debtor, who respectfully requests that he be allowed to dismiss his bankruptcy proceeding. Counsel reached out to attorneys for all creditors that have made an appearance, but received no response as to whether they would object to Debtor's Motion.

Debtor applied for and was approved for a modification of his loan agreement on the property at 441 Avenue L, Bogalusa, LA. The loan modification was approved on or about December 10, 2015, and Debtor submitted the endorsed loan modification agreement documents to MGC Mortgage, Inc., his loan servicer, thereafter.

The terms of the loan modification provide for a 3% interest rate beginning January 2016, and continuing for the next sixty (60) months, and payments of $525.15 due for the that same period. After the expiration of that sixty (60) month period, Debtor's interest rate would return to the prior 7.25%. The arrearage previously due, roughly $49,000, has been moved to the back end of the loan if it remains unpaid by the maturity date of the loan, which is October 1, 2034. As this debt was the sole reasoning behind Debtor's filing of this bankruptcy proceeding, and because it is now resolved, Debtor requests that he be allowed to dismiss this proceeding, without prejudice.

**WHEREFORE**, Debtor, Alan Jacobs, respectfully requests that he be allowed to dismiss the above-referenced bankruptcy proceeding, without prejudice.

Respectfully submitted,

/s/ Steven D. Jackson
Steven D. Jackson (Bar No. 35841)
Braud & Gallagher, LLC
111 N. Causeway Boulevard, Ste. 201
Mandeville, LA 70448
Phone: (985) 778-0771
Fax:    (985) 778-0781
Email: sdjacksonjr@gmail.com
Attorney for Alan Warren Jacobs, Debtor

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Unopposed Motion to Dismiss Without Prejudice was served on January 14, 2016, by:

ELECTRONIC FILING through the court's electronic filing system upon:

| | |
|---|---|
| Office of the Trustee | USTPRegion05.NR.ECP@usdoj.gov |
| S. J. Beaulieu, Jr., Trustee | ecf@ch13no.com |
| Recovery Mgmt Systems Corp. | claims@recoverycorp.com |
| Creditor Cenlar FSB, loan subservicer | jasonsmith@creditorlawyers.com |
| for MGC Mortgage Inc, | ljacob@creditorlawyers.com |
| Herschel C. Adcock, Jr. on behalf | tlittle@hcadcockjr.com |
| of OCWEN Loan Servicing, LLC | |

and by first-class mail, postage prepaid upon:

Northshore Medical Center
100 Medical Center Drive
Slidell, LA 70461

Our Lady of the Angels
433 Plaza Street
Bogalusa, LA 70427